# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1755.  MARY CYNTHIA GORDON v. DEUTSCHE BANK NATIONAL TRUST COMPANY et al.**

Deutsche Bank National Trust Company sued Mary Cynthia Gordon for declaratory and injunctive relief, alleging that she had wrongfully clouded the title of property on which it held a security deed. The trial court entered judgment on the pleadings in favor of the bank, and Gordon appealed to this Court. We affirmed in an unpublished opinion. *Gordon v. Deutsche Bank Natl. Trust Co.*, Case No. A19A0586 (May 16, 2019). Back in the trial court, Gordon filed a motion to set aside the judgment under OCGA § 9-11-60 (d). The trial court denied the motion, and Gordon filed this direct appeal. The Bank has filed a motion to dismiss the appeal on the ground that Gordon failed to follow the proper appellate procedure. We agree with the Bank.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Gordon's

failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal. The Bank's motion to dismiss is therefore GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, __05/07/2020_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*